GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
STEVE CIKES (SBN 235413)
scikes@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE BURRISE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN; and, DOES 1 to 20 inclusive,<br><br>    Defendants. | Case No. 2:26-cv-00014-DJC-JDP<br><br>**STIPULATION AND ORDER (1) GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT, AND (2) REMANDING CASE BACK TO STATE COURT AFTER PLAINTIFF FILES AMENDED COMPLAINT**<br><br>Removal Filed: January 2, 2026 |

Plaintiff Marjorie Burrise ("Plaintiff") and Defendant County of San Joaquin ("Defendant" or "County") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on January 2, 2026, Defendant removed to this Court the state court action Plaintiff filed in the Superior Court of California, County of San Joaquin, entitled *Marjorie Burrise, individually v. San Joaquin County; Does 1 through 20, inclusive*; Court Case No. STK-CV-UPI-2025-0009685, pursuant to 28 U.S.C. § 1441(a) based on the fact that Plaintiff asserted multiple federal causes of action over which this Court has subject matter jurisdiction. (ECF No. 1.)

WHEREAS, on January 9, 2026, Defendant filed a Motion to Dismiss Pursuant to Fed. Rule of Civ. Proc. 12(b)(6) and to Strike Pursuant to Fed. Rule of Civ. Proc. 12(f) Plaintiff's Complaint for

STIP AND ORDER (1) GRANTING PLTF LEAVE TO FILE AMENDED COMPLAINT, AND (2) REMANDING CASE BACK TO STATE COURT- Case No. 2:26-cv-00014-DJC-JDP

RENNE PUBLIC LAW GROUP
Attorneys at Law

Damages (ECF No. 9).

WHEREAS, after the filing of Defendant's Motion to Dismiss/Strike, the Parties met and conferred, during which Plaintiff indicated that she intended to file an amended complaint, removing all federal causes of action, and ask that this Court remand the case back to state court.  On January 23, 2026, Defendant filed an Amended Notice (ECF No. 14), updating the Court on the Parties' meet-and-confer discussions, and stating, "[i]f/when Plaintiff files an amended complaint, the County [would] withdraw [its] Motion."

WHEREAS, on February 2, 2026, Plaintiff filed a proposed "First Amended Complaint" removing all federal causes of action (ECF No. 16-1) as well as a "Notice of Filing First Amended Complaint; and Request for Remand," requesting that this case be remanded back to the Superior Court of California, County of San Joaquin pursuant to the United States Supreme Court's decision in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025) ("*Royal Canin*") (ECF No. 16).

WHEREAS, on February 2, 2026, the Court issued a minute order, stating that it would construe Plaintiff's filings from earlier that day "as a Motion for Leave to File an Amended Complaint and Motion to Remand," and directing the Parties "to meet and confer as to: (1) whether the Motion to Dismiss (ECF No. [9]]) is moot; (2) whether Defendants oppose Plaintiff's filing of the First Amended Complaint (ECF No. [16]), and (3) whether this action should be remanded to San Joaquin County Superior Court."  (ECF No. 17.)

WHEREAS, pursuant to the Court's direction, the Parties met and conferred on February 10, 2026, during which Defendant's counsel agreed to stipulate to Plaintiff filing an amended complaint asserting only state law claims (which, when filed, would render the County's Motion to Dismiss/Strike moot) and that once that amended complaint was filed, that this case be remanded back to the San Joaquin County Superior Court for further proceedings.  Defendant's counsel noted, however, certain issues with Plaintiff's previously-filed proposed "First Amended Complaint" (ECF No. 16-1) that Plaintiff may wish to address in a new document.

WHEREAS, Plaintiff made certain changes to her proposed "First Amended Complaint" that she now wishes to file.  A true and correct copy of Plaintiff's updated, proposed "First Amended Complaint" is attached hereto as **Exhibit A**.  Plaintiff's updated, proposed "First Amended Complaint," like the prior

RENNE PUBLIC LAW GROUP
Attorneys at Law

version, removes all federal causes of action and asserts only state law claims, thus warranting a remand of this case back to San Joaquin County Superior Court under the Supreme Court's *Royal Canin* decision.

## STIPULATION

NOW THEREFORE, based on the above recitals, the Parties hereby stipulate and agree as follows:

1. That Plaintiff be granted leave to file her updated, proposed "First Amended Complaint," (a copy of which is attached hereto as **Exhibit A**), which removes all federal causes of action and asserts only state law claims.

2. That after Plaintiff files her updated, proposed "First Amended Complaint," Defendant's pending Motion to Dismiss/Strike (ECF No. 9) shall be deemed withdrawn as moot.

3. That after Plaintiff files her updated, proposed "First Amended Complaint," the Court remand this case back to the Superior Court of California, County of San Joaquin for further proceedings pursuant to the Supreme Court's *Royal Canin* decision.

4. That once this case is remanded back to the San Joaquin County Superior Court, Defendant shall have 30 days in which to respond to Plaintiff's First Amended Complaint.

5. Nothing in this stipulation shall be construed as a waiver of any party's claims, defenses, or objections.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RENNE PUBLIC LAW GROUP
Attorneys at Law

Dated:  March 11, 2026

RENNE PUBLIC LAW GROUP


By:  /s/ Steve Cikes
　　　STEVE CIKES

Attorneys for Defendant
COUNTY OF SAN JOAQUIN


Dated:  March 11, 2026

BOWMAN LAW PRACTICE


By:  /s/ Mark Charles Bowman
　　　MARK CHARLES BOWMAN

Attorney for Plaintiff
MAJORIE BURRISE


I hereby attest that I have obtained concurrence for the filing of this document for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.


Dated:  March 11, 2026

RENNE PUBLIC LAW GROUP


By:  /s/ Steve Cikes
　　　STEVE CIKES

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

RENNE PUBLIC LAW GROUP
Attorneys at Law

-4-

STIP AND ORDER (1) GRANTING PLTF LEAVE TO FILE AMENDED COMPLAINT, AND (2) REMANDING CASE BACK TO STATE COURT- Case No. 2:26-cv-00014-DJC-JDP

**ORDER**

Based on the Parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1.    Plaintiff is GRANTED LEAVE to file her updated, proposed First Amended Complaint, a copy of which is attached to the Parties' stipulation as Exhibit A. Plaintiff must file her updated, proposed First Amended Complaint within five business days of the date of this order.

2.    After Plaintiff files her updated, proposed First Amended Complaint, (a) Defendant's pending Motion to Dismiss/Strike (ECF No. 9) shall be deemed WITHDRAWN as moot; and (b) this case shall be REMANDED back to the Superior of California, County of San Joaquin for further proceedings pursuant to the United States Supreme Court's decision in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025).

IT IS SO ORDERED.


Dated:  March 11, 2026                    /s/ Daniel J. Calabretta

                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

RENNE PUBLIC LAW GROUP
Attorneys at Law

STIP AND ORDER (1) GRANTING PLTF LEAVE TO FILE AMENDED COMPLAINT, AND (2) REMANDING CASE BACK TO STATE COURT- Case No. 2:26-cv-00014-DJC-JDP