**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARJORIE BURRISE, | Case No.:  2:26-cv-00014-DJC-JDP |
| Plaintiff, | STK-CV-UPI-2025-0009685 |
| v. | |
| SAN JOAQUIN COUNTY, ET AL., | **REMAND ORDER** |
| Defendants. | |

Pursuant to the parties' stipulation and this Court's Order (ECF No. 20), the Court deems Defendant's pending Motion to Dismiss/Strike (ECF No. 9) WITHDRAWN AS MOOT and REMANDS this case back to the Superior of California, County of San Joaquin for further proceedings pursuant to the United States Supreme Court's decision in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025).  The Clerk of Court shall close this case and serve a copy of this Order on the state court.

Dated:  March 13, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
REMAND ORDER